**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PEDRO TIUL-CHUB,** | |
| **Petitioner,** | **CIVIL ACTION NO.  26-2402** |
| **v.** | |
| **J.L. JAMISON,** *et al.*, | |
| **Respondents.** | |

## ORDER

**AND NOW**, this 11th day of June 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 6, 7], and because the government has filed a Certification of Compliance [Doc. No. 8], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**